```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

  FREEDOM MORTGAGE CORPORATION,

                      Plaintiff,                    MEMORANDUM & ORDER
                                                    20-CV-1402(EK)(MMH)
          -against-

  KERWIN J. RYAN, JENELLE J. RYAN, NEW
  YORK CITY PARKING VIOLATIONS BUREAU,

                      Defendants.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Henry's *sua sponte* Report and Recommendation (R&R) dated April 12, 2022. Judge Henry recommends that the Court dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Neither party has filed objections, and the time to do so has expired. Accordingly, the Court reviews Judge Henry's recommendation for clear error on the face of the record. *See* Advisory Comm. Notes to Fed. R. Civ. P. 72(b); *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013). Having reviewed the record, I find no error and adopt the R&R in its entirety. The case is dismissed for

failure to prosecute.  The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

                                                      /s/ Eric Komitee
                                         ERIC KOMITEE
                                         United States District Judge

Dated:    May 20, 2022
            Brooklyn, New York